No. 87–1799. NOBEL SCIENTIFIC INDUSTRIES, INC. *v.* BECKMAN INSTRUMENTS, INC. C. A. 4th Cir. Motion of Competitive Americas Project for leave to file a brief as *amicus curiae* granted. Certiorari denied.